IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIQUINE PARRISH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-4552 |
| | : | |
| COUNTY OF DELAWARE | : | |

# ORDER

**AND NOW**, this 3rd day of July 2024, upon considering defendant's motion for summary judgment (DI 18), plaintiff's opposition (DI 21), defendant's reply (DI 22), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion for summary judgment (DI 18) is **DENIED**.

_____
**MURPHY, J.**